# United States District Court

## CENTRAL DISTRICT OF UTAH

**EXHIBIT AND WITNESS LIST**

**DANJANOVICH v. ROBBINS, et al**                    **CASE NUMBER: 2:04-CV-623**

| PRESIDING JUDGE<br>Ted Stewart | PLAINTIFF'S ATTORNEY<br>James Tracy, Adelaide Maudsley | DEFENDANT'S ATTORNEY<br>Del Findlay |
|---|---|---|
| TRIAL DATE(S)<br>5/23-24/06 | COURT REPORTER<br>Patti Walker | COURTROOM DEPUTY<br>Sandy Malley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wit |  | 5/23 |  |  | Randall Danjanovich, Plaintiff |
| 2 |  | " | x | x | TEK Foundatin Website Screen Print "About Us" |
| 3 |  | " | x | x | TEK Foundatin Website Screen Print "Leadership" |
| 4 |  | " | x | x | TEK Foundatin Website Screen Print "Thomas Robbins" |
| 5 |  | " | x | x | TEK Foundatin Website Screen Print "Clair W. Cox" |
| 6 |  | " | x | x | TEK Foundatin Website Screen Print "Doug Lister" |
| 7 |  | " | x | x | TEK Foundatin Website Screen Print "Roger W. Cox" |
| 8 |  | " | x | x | TEK Foundatin Website Screen Print – TEK Assets |
| 44 |  | " | x | x | 12/19/05 Defendant TEK Corp's Answers to Plaintiff's 1st Set of Interrogatories |
| 13 |  | " | x | x | Checks & deposits to I TRUST Account by Danjanovich |
| 9 |  | " | x | x | I TRUST Bank Account Application |
| 10 |  | " | x | x | TEK Corp. Bank Acount Application |
| 11 |  | " | x | x | TEK Corp. Certificate of Authority |
| 14 |  | " | x | x | Summary of Danjanovich Investment |
| 15 |  | " | x | x | I TRUST Daily Trading Statements |
| 16 |  | " | x | x | TEK e-mail updates to Danjanovich (source in dispute/Litster) |
| 17 |  | " | x | x | Danjanovich email to Douglas Litster |
| 12 |  | " | x | x | Promissory note from Alder to Danjanovich 2/26/02 |
| 18 |  | " | x | x | Record of monies paid to S. Alder by I TRUST or TEK Corp. |
| 19 |  | " | x | x | Record of monies paid to D Litster by I TRUST or TEK Corp |
| 20 |  | " | x | x | Record of monies paid to C Cox by I TRUST or TEK Corp. |
| 21 |  | " | x | x | Record of monies transferred from I TRUST to TEK Corp. |
| 70 |  | " | x |  | 12/18/01 email from D Litster to S Alter |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

| DANJANOVICH vs. ROBBINS, et al | | | | | CASE NO. 2:04-CV-623 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 71 |   | 5/23 | x |   | 2/3/02 email from Alder to D Litster |
| 76 |   | " | x |   | Summary of interest and attorney's fees |
| 58 |   | " | x | x | Summary of mutual funds w/returns great than 20% over 5 years |
|   | G | " | x | x | Promissory note (part of Plaintiff's Ex 77) |
|   | E | " | x |   | Promissory note from TEK Corp to Scott Alder |
| Wit |   | " |   |   | Asastaples Nielson |
| 24 |   | " | x | x | Initial earnings/payout summary prepared by TEK Corp. |
| 28 |   | " | x | x | Correspondence between Litster and Nielson |
| 27 |   | " | x | x | Summary of Anasazi investment with TEK |
| 25 |   | " | x | x | 9/19/03 letter from Litster to Nielson |
| 26 |   | " | x | x | 10/31/03 letter from Litster to Nielson |
| Wit |   | 5/24 |   |   | Kent Bryan Danjanovich |
| 1 |   | " | x | x | Pages from Kent Danjanovich's 2001 Day Planner |
| 77 |   | " | x | x | Clair W. Cox business card |
| Wit |   | " |   |   | Clair W. Cox |
| 64 |   | " | x | x | 9/23/03 response from Clair Cox to SEC subpoena |
| 66 |   | " | x | x | 12/31/01 TEK Corp. balance sheet and general ledger |
| 67 |   | " | x | x | 12/31/02 TEK Corp. balance sheet and general ledger |
| 68 |   | " | x | x | 5/31/03 TEK Corp. balance sheet and general ledger |
| 42 |   | " | x | NO | 12/13/05 statement of undisputed facts in defendants' mtd (judicial notice taken) |
| 46 |   | " | x | x | 4/18/06 TEK Corp's supplemental answers |
| 49 |   | " | x | x | 2/16/05 supplemental affidavit of Clair Cox in Zarbock v Alder, et al |
| 39 |   | " | x |   | 7/21/05 1st amended complaint in this case |
| 69 |   | " | x | x | TEK Corp "Initial Earnings/Payout Summaries" |
| 70 |   |   |   |   |   |
| 71 |   |   |   |   |   |
| 72 |   |   |   |   |   |
| 73 |   |   |   |   |   |
| 74 |   |   |   |   |   |
| 75 |   | 5/24 | x | x | TEK Corp organizational chart |

| | | | | | |
|---|---|---|---|---|---|
| 76 | | 5/24 | x | x | summary of interest & Attorney's fees |
| 77 | | " | x | x | affidavit of Lindsay McCarthy re: SEC documents |
| 78 | | " | x | x | business card of Claire Cox |
| 60 | | " | x | x | 3/16/04 transcript of Clair Cox testimony taken by SEC |
| 61 | | " | x | x | 3/16/04 transcript of Douglas Litster testimony taken by SEC |
| 62 | | " | x | x | 8/11/03 subpoena to Douglas Litster from SEC |
| 63 | | " | x | x | 9/22/03 response from Douglas Litster to SEC subpoena |
| Wit | | " | | | Douglas L. Litster, defendant |
| | Wit | " | | | Richard Bybee |
| | A | " | x | x | Articles of Incorporation of TEK Corp |
| | B | " | x | x | Articles of Incorporation of TEK Foundation |
| | C | " | x | x | TEK Foundation Website documents |
| 29 | | 5/25 | x | | |
| 30 | | " | x | | |
| 31 | | " | x | | |
| 79 | | " | x | x | 3 defendant contracts |
| | Wit | " | | | Roger Cox |