FINDLAW, LLC
Delano Findlay (1074)
684 East Vine Street, Suite 3
Murray, UT 84107
Telephone: (801)685-7777
Facsimile: (801)266-3549

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| RANDALL DANJANOVICH, ) | |
| Plaintiff, ) | DEFENDANTS FINDINGS OF FACT |
| ) | AND CONCLUSIONS OF LAW |
| vs. | |
| TEK FOUNDATION, et. al., ) | |
| ) | Civil No. 2:04CV0623 TS |
| Defendants. ) | Judge: TED STEWART |

_____

Defendants,, Clair W. Cox, Roger Cox, and Douglas Litster, submit the following Findings of Fact and Conclusions of Law: (testimony of witnesses will be referenced by Tr Rec p. __ and at times by the last name and the page number of the trial transcript; for example, Litster, p. no. ___.  The exhibits will be referenced as Ex and the number or letter such as Ex and letter or number as, Ex A or Ex 1)

FINDINGS OF FACT

1. TEK Corp was incorporated in the State of Utah on November 15, 1999.  The officers and directors of TEK Corp were Thomas J. Robbins, President, Richard C. Bybee, Vice President and Clair W. Cox, Secretary/Treasurer.  (Ex A)