*Proposed Judgment Prepared and Submitted by:*

James K. Tracy (# 6668)
Adelaid Maudsley (# 8791)
CHAPMAN AND CUTLER LLP
1000 Kearns Building
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

FILED
U.S. DISTRICT COURT

2006 AUG -4  A 9: 02

DISTRICT OF UTAH

BY:_____
        DEPUTY CLERK

Attorneys for Randall Danjanovich

---

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RANDALL DANJANOVICH, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>THOMAS ROBBINS, RICHARD BYBEE, CLAIR COX, ROGER COX, DOUGLAS L. LITSTER, QUADE NELSON, RANDY HAMEL, SCOTT ALDER, TEK Corp., a Utah corporation, and TEK FOUNDATION, a Utah corporation,<br><br>　　　Defendants. | **[PROPOSED] JUDGMENT AGAINST TEK CORPORATION AND TEK FOUNDATION**<br><br>Case No. 2:04CV00623 TS<br><br>Judge Ted Stewart<br><br>Magistrate Judge David Nuffer |

Pursuant to the Court's May 15, 2006 Memorandum Decision and Order Finding Defendants TEK Corporation and TEK Foundation in Civil Contempt and Entering Default Judgment, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.     Judgment is entered against TEK Corporation and TEK Foundation, jointly and severally, on the First Claim for Relief of the First Amended Complaint for violation of Section 12(1) of the Securities Act (selling securities without a registration statement) in the amount of $197,000, plus interest at the rate of 5.85% per annum (the last reported rate on a 1-year T-Bill) from June 1, 2002 to the present, amounting to $48,119 in interest, for a total judgment of $245,119.

2.     Judgment is entered against TEK Corporation and TEK Foundation, jointly and severally, on the Second Claim for Relief of the First Amended Complaint for violation of Section 10(b) of the Exchange Act and Rule 10b-5 in the amount of $197,000, plus interest at the rate of 5.85% per annum (the last reported rate on a 1-year T-Bill) from June 2002 to the present, amounting to $48,119 in interest, for a total judgment of $245,119.

3.     Judgment is entered against TEK Corporation and TEK Foundation, jointly and severally, on the Third and Fourth Claims for Relief of the First Amended Complaint for being unregistered broker-dealers and making misrepresentations under the Utah Securities Act for $591,000 in treble damages, plus interest at the rate of 12% per annum on the investment of $197,000 from June 1, 2002 to the present, amounting to $98,705 in interest, for a total judgment of $689,705.

4.     Judgment is entered against TEK Corporation and TEK Foundation, jointly and severally, on the Fifth Claim for Relief of the First Amended Complaint for common law fraud in the amount of $197,000, plus interest at the Utah statutory rate for contracts of 10% per

annum on the investment of $197,000 from June 1, 2002 to the present, amounting to $82,254 in interest, for a total judgment of $279,254.

     5.     Judgment is entered against TEK Corporation and TEK Foundation, jointly and severally, on the Sixth Claim for Relief of the First Amended Complaint for breach of contract in the amount of $197,000, plus interest at the Utah statutory rate for contracts of 10% per annum on the investment of $197,000 from June 1, 2002 to the present, amounting to $82,254 in interest, for a total judgment of $279,254.

     6.     Judgment is entered against TEK Corporation and TEK Foundation, jointly and severally, for attorney's fees and costs in the amount of $72,702.

     7.     Post-judgment interest on all amounts is awarded to Plaintiff at the federal statutory rate of 5.17% per annum accruing from the date of this judgment.

     DATED this ___4th___ day of August, 2006.

BY THE COURT:

_____

The Honorable Ted Stewart
United States District Court Judge

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2006, a true and correct copy of the

foregoing **[PROPOSED] JUDGMENT AGAINST TEK CORPORATION AND TEK**

**FOUNDATION** was served by United States first class mail, postage prepaid, on each of the

following:

Scott Alder
P.O. Box 448
Washington, UT  84780

Scott Alder
1210 West Lions Head Drive
Washington, UT  84780-8425

Delano Findlay
FINDLAW, LLC
684 East Vine Street, Suite 3
Murray, UT  84107
(By CM/ECF electronic noticing as well)
<u>Counsel for Clair Cox, Douglas L. Litster,
and Roger Cox, TEK Foundation, and TEK
Corporation</u>

Thomas Robbins
220 East Center Street
Fillmore, UT  84631

Richard Bybee
P.O. Box 711976
Salt Lake City, UT  84171-1976