FINDLAW, LLC
Delano Findlay (1074)
684 East Vine Street, Suite 3
Murray, UT 84107
Telephone: (801)685-7777
Facsimile: (801)266-3549

Attorney for Defendants Douglas
Litster and Clair Cox

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| RANDALL DANJANOVICH, ) | |
| Plaintiff, | AFFIDAVIT OF |
| ) | DOUGLAS LISTER |
| vs. | |
| TEK FOUNDATION, et. al., ) | |
| | Civil No. 2:04CV0623 TS |
| Defendants. ) | Judge: TED STEWART |

---

State of Utah        )
                     ss.
County of Salt Lake  )

    Douglas Litster, being first duly sworn on oath deposes and says:

    1.  Affiant is one of the defendants in the above entitled case.  Affiant has personal knowledge of the statements made herein and would so testify if called as a witness.

    2.  Affiant is a director of both TEK Corp and TEK Foundation.

    3.  Affiant has arranged through previous associates to obtain a loan of sufficient amount to pay the principle investment of investors in TEK Corp s investment program. affiant has arranged for sufficient funds to be included in the loan to settle the judgment

against affiant, and the other defendants, Clair Cox, TEK Corp and TEK Foundation as offered by counsel for the plaintiff.

4. Affiant has been working on this source of funding for the past 10 months. Affiant has been advised through banking channels that the funds have been cleared and are in transit through banking channels. To the best of affiant s knowledge and belief in good faith these funds should be available within 30 days or less.

5. Of course actual settlement will depend upon the terms which can be arranged between the parties when the funds are available.

6. Until such funds are received and available for disposition neither affiant, nor the other defendants have any reasonable hope of discharging the judgment as well as the principal obligation to the investors in the TEK Corp program.

Further affiant sayeth, naught!

/S/ Douglas W. litsjer_____
Douglas Litster

Sworn and subscribed to before me this 5th day of September, 2006.

/S/ Mellisa J. Veltri
Notary Public
1344 West 4675 South
Riverton, UT 84405

My Commission expires: June 18, 2010