FINDLAW, LLC
Delano Findlay (1074)
684 East Vine Street, Suite 3
Murray, UT 84107
Telephone: (801)685-7777
Facsimile: (801)266-3549

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| RANDALL DANJANOVICH, an individual, | ( | |
| | : | |
| Plaintiff, | | CERTIFICATE OF HOLDING OF |
| | ( | ORIGINAL OF AFFIDAVIT OF |
| v. | | DOUGLAS LITSTER |
| | : | |
| DOUGLAS L. LITSTER, et. al., | | |
| | ( | |
| Defendants. | : | Judge Ted Stewart |
| | | Magistrate Judge David Nuffer |
| | ( | Civil No.  2:04CV00623 TS |

---

I certify that I have the signed original of the Affidavit of Douglas Litster filed in this case on September 6, 2006, docket no. 264 which is available for inspection during normal business hours by the Court or a party to this action.

_____
Delano S. Findlay